Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-10-00732-CV

**WEBB CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** and David Jones,
Appellants

v.

Cynthia **WORLEY**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2009CVQ000036-D4
Honorable Oscar J Hale, Jr., Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
          Steven C. Hilbig, Justice
          Marialyn Barnard, Justice

Delivered and Filed:  December 1, 2010

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against appellants.

PER CURIAM